UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

USA

        Plaintiff(s),

v.

Joshua Joseph Ronnebaum

        Defendant(s).
_____/

Case No. 25-30745

Judge

Magistrate Judge

**NOTICE OF CORRECTION**

Docket entry number  13-14 , filed  12/11/2025 , has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact   M. Sylvester   at  (313) 234-5000 .

KINIKIA D. ESSIX, CLERK OF COURT

Dated: December 16, 2025

s/M. Sylvester
Deputy Clerk